

**Chambers of**
**Michael R. Barrett**
**District Judge**

(513) 564-7660

July 30, 2008

Honorable Ortrie D. Smith
Chair, Judical Conference of
   The United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

        Re:    Michael R. Barrett, Calendar Year 2007 Filing

Dear Judge Smith:

        I am writing in response to your correspondence dated July 1, 2008 regarding my financial submission. As your  letter outlines  several areas of inquiry, I offer the following information.

## MICHAEL R. BARRETT IRA ACCOUNT

        These purchases were handled by my portfolio manager at U.S. Bank and we neglected to list "Buy" in Column D-1.

PART VII, Page 4

Line 2      American Century Sm. Cap Mutual Fund - Purchased from the Barrett & Weber (my former firm)  rollover on 5/8/07.   Its  Value Code is J

Line 3      American Century Equity Income - Purchased from the Barrett & Weber rollover on 5/8/07  - Value Code K

July 30, 2008
Page2

Line 16    Laudus Rosen International Marketmasters - Purchased from cash reserves held in the account on 1/31/07 - Value Code J

Page 5
Line 19    T. Rowe Price Equity Mutual Fund - Purchased from the Barrett & Weber rollover on 6/28/07 - Value Code K

## MICHAEL R. BARRETT FOUNDATION

Line 29    Barrett Foundation - this was inadvertently listed because its cash value is only $499.00 . The stock holding for the Foundation is listed on Page 5 of Section VII at lines 26, 27 and 28).

**TRUST #1:-** ███████████████ TRUST UNDER AGREEMENT, MICHAEL R. BARRETT, TRUSTEE

The following transactions are in ████ Custodial Trust Account and "Buys" and "Sells" were made by ████ and his portfolio manager at U.S. Bank.

### "BUYS"

Page 6
Line 47    First American Total Return Bond Fund was purchased 8/6/07 - Value Code J

Line 48    American International Growth was purchased 3/5/07 - Value Code J

Page 7
Line 53    Boeing Co. - inadvertently omitted when listing all stocks held in the trust on 2007 report. Value Code J

Line 54    Cintas Corp. - was listed on 5/8/2007 Report in Part VII, Page 4, Line 61 Value Code J

Line 55    Cisco Systems - purchased 4/10/07 Value Code J

Line 56    DuPont EU De Nemours - purchased 4/10/07 Value Code J

Line 59    Intel Corp - purchased 5/8/07 Value Code J

Line 60          Morgan Stanley - purchased 5/8/07 Value Code J

Line 64          Procter & Gamble - inadvertently omitted when listing all stocks held in the
                 trust on 2007 Report - purchased 11/15/06 - Value Code J

Line 66          Texas Instrument - purchased 8/6/07 Value Code J

Page 8
Line 69          Three M Co. - purchased 3/5/07 Value Code J

Line 70          American Monel - purchased 4/10/07 Value Code J

Line 73          American Century Small Cap  - purchased 4/11/07 Value Code J

Line 80          Ipath Dow Jones AIG - purchased 8/6/07 Value Code J

          The following items in ████████ Custodial Trust Account were sold by him
and his portfolio manager to purchase the above listed "Buys" within his account.

## "SELLS"

Line 62          First American Large Cap Value - Sold 8/6/2007 - Value Code K

Line 63          Merrill Lynch Fund Group - Merrill Lynch Fund Group changed its name to
                 Blackrock Fundamental Growth Fund.   It is listed on Page 8 of 11 at Line
                 74 on the 2008 Report.

Page 5
Fourth Entry     First American Inflation Mutual Fund -   Actually sold on12/29/06 - Value
                 Code J

Page 6
Ninth Entry      Convergys Corp. - This was sold on 6/20/2006 and 8/25/2006, respectively,
                 with a Value Code J.

| Thirteenth Entry | It was totally sold and there was listing on the current report. This was reported on the 5/8/2007 Financial Disclosure. They sold part in June and the balance in August, 2006. |

Fourteenth   Home Federal Loan Bank - Bond Full Call on 2/28/2007 (Sale) - Value Code J

Seventeenth   First Data Corp. - Sold - 9/24/2007 - Value Code J

Page 7
First Entry   Freescale semiconductors - Sold 12/1/06 - Value Code J. The sale date was inadvertently omitted from the 5/8/2007 Report.

PART VII, Page 5 of 11

Line 30   Should have been "P-1". This was just an error in the Value Codes only.

### MICHAEL R. BARRETT AGENCY ACCOUNT

PART VII, Page 3

Line 38   American Century New Opportunity - Sold 1/18/2007 - Value Code J

Line 47   T. Rowe Price Med Cap Value - Sold 1/17/2007 - Value Code J

I hope this information is helpful to you and please contact me if there is anything further you need. I am more than happy to provide an Amended Financial Disclosure if you need it.

Sincerely,

Michael R. Barrett,
United States District Judge

MRB/cmd
Encls:

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Michael R | U.S. District Court | 03/26/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Potter Stewart US Courthouse <br> 100 East 5th Street, Room 815 <br> Cincinnati, Ohio 45202 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ███████ Trust |
| 2. Partner | Old Walnut Company |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | OPERS Retirement Fund with Former Employer. No control |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 10: 46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R | 03/26/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | Attorney Fees earned while in practice with Barrett & Weber, LPA but paid after appointment | $ 2,300,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R | 03/26/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank IRA Account | D | Dividend | N | T | Buy | 4/17 | M | | |
| 2. Am. Century Sm. Cap (mutual fund) | | | J | T | | | | | |
| 3. Am. Century Equity Income (mutual fund) | | | K | T | | | | | |
| 4. - Blackrock Basic Value Fund Inc. (mutal fund) | | | K | T | | | | | |
| 5. - Eaton Vance Large Cap Cl A (mutual fund) | | | K | T | | | | | |
| 6. - Fidelity Ad' International Discovery (mutal fund) | | | K | T | | | | | |
| 7. - First American Inflation Pro Sec (bond) | | | J | T | | | | | |
| 8. - First American Core Bond Fd (bond) | | | K | T | | | | | |
| 9. - First American Large Cap (mutal fund) | | | J | T | | | | | |
| 10. - First American Mid Cap (mutal fund) | | | J | T | | | | | |
| 11. - First American Mid Cap Value (mutal fund) | | | J | T | | | | | |
| 12. - First American Real Estate Sec. Fund (mutal fund) | | | J | T | | | | | |
| 13. - First American Small Cap Select (mutal fund) | | | J | T | | | | | |
| 14. - First American Small Cap Value (mutal fund) | | | J | T | | | | | |
| 15. - Laudus Rosen International (mutal fund) | | | J | T | | | | | |
| 16. Laudua Rosen International Mktermasters (mutual fund) | | | J | T | | | | | |
| 17. - T. Rowe Price Mid Cap Value (mutal fund) | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T. Rowe Price Value Fund (mutal fund) | | | J | T | | | | | |
| 19. - T. Rowe Price Equity (mutual fund) | | | K | T | | | | | |
| 20. - First American Treasury (cash account) | | | L | T | | | | | |
| 21. Fifth Third Bancorp (common stock) | D | Dividend | N | T | | | | | |
| 22. Procter & Gamble (common stock) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Old Walnut Co. - Partnership | D | Div. | O | T | | | | | |
| 19. Columbus Life Ins. Co. | | None | J | W | | | | | |
| 20. Western Southern Life Ins. Co. | | None | K | W | | | | | |
| 21. JM Smucker (common stock) | A | Div. | J | T | | | | | |
| 22. OPERS Pension Fund | A | Int. | J | T | Sell | 12/26 | J | B | Rollover to Line 1 |
| 23. St. Martin Association | | None | J | W | | | | | |
| 24. Barrett & Weber 401 K | | None | | T | Sell | 4/17 | M | | Rollover to Line 1 |
| 25. Michael Ryan Barrett Foundation | B | Div | K | T | | | | | |
| 26. - Procter & Gamble (com. Stock | | | | | Part Sale | 11/15 | J | | |
| 27. - Fifth Third Bancorp (com. st | | | | | | | | | |
| 28. - Protcer & Gamble (com. stock | | | | | | | | | |
| 29. First American Treasury - (cash) | | | | | | | | | |
| 30. US Bank Agency Account | C | Div | H1 | T | | | | | |
| 31. - First Am. Treasury (cash) | | | P1 | T | | | | | |
| 32. First A. Core Bond - (bonds) | | | J | T | | | | | |
| 33. First American Inflation - (bonds) | | | J | T | | | | | |
| 34. - Abbott Labs (common stock) | | | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

II. Agreements:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eaton Vance Large Cap Value (mutual fund) | | | J | T | | | | | |
| 36. Fidelity Ad. Int'l. Disc. (mutual fund) | | | J | T | | | | | |
| 37. First Am. Large Cap Value (mutual fund) | | | J | T | | | | | |
| 38. First Am. Mid. Cap Value (mutual fund) | | | J | T | | | | | |
| 39. First Am. Real Estate Sec. Fund (mutual fund) | | | J | T | | | | | |
| 40. First Am. Small Cap. Select (mutual fund) | | | J | T | | | | | |
| 41. Lazdus Int'l Marketmasters (mutual fund) | | | J | T | | | | | |
| 42. Lazdus Rosen International (mutual Fund) | | | J | T | | | | | |
| 43. T. Rowe Price Mid Cap (mutual fund) | | | J | T | | | | | |
| 44. T. Rowe Price Value (mutual fund) | | | J | T | | | | | |
| 45. Trust # 1 | C | Div. | N | T | | | | | |
| 46. First Am. Treasury (cash) | | | K | T | | | | | |
| 47. First Am. Total Return (bond) | | | K | T | | | | | |
| 48. Am. Int'l Growth (mutual fund) | | | J | T | | | | | |
| 49. Amgen, Inc. (com. stock) | | | J | T | | | | | |
| 50. Apache Corp. (com. stock) | | | J | T | | | | | |
| 51. Apple, Inc. (com. stock) | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Bank of America (com. stock) | | | J | T | | | | | |
| 53. - Boeing Co. (com. stock) | | | J | T | | | | | |
| 54. - Cintas Corp. (com. stock) | | | J | T | | | | | |
| 55. - Cicso Systems (co, stock) | | | J | T | | | | | |
| 56. - DuPosnt EI De Nemours (co,. St) | | | J | T | | | | | |
| 57. - Exxon Mobil Corp. (com. stock) | | | J | T | | | | | |
| 58. - Hillenbrand Inds. (com. stock) | | | J | T | | | | | |
| 59. - Intel Corp. (com. stock) | | | J | T | | | | | |
| 60. - Morgan Stanley (com. stock) | | | J | T | | | | | |
| 61. - Motorola Inc. (com. stock) | | | J | T | | | | | |
| 62. - Omnicom Group (co, stock) | | | J | T | | | | | |
| 63. - Pepsico, Inc. (com. stock) | | | J | T | | | | | |
| 64. - Procter & Gamble (com. stock) | | | J | T | | | | | |
| 65. - Starbucks (common stock) | | | J | T | | | | | |
| 66. - Texas Instrument (com. stock) | | | J | T | | | | | |
| 67. - us Bancorp (common stock) | | | J | T | | | | | |
| 68. - United Health Group (co,. stock) | | | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 4/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. – Three M Co. (cim. stock) | | | J | T | | | | | |
| 70. – American Monel (foreign stock) | | | J | T | | | | | |
| 71. – Novartes AG ADR (foreign stock) | | | J | T | | | | | |
| 72. – Schlumberger Ltd. ( foreign stock) | | | J | T | | | | | |
| 73. – Am. Century Sm. Cap (mutual fund) | | | J | T | | | | | |
| 74. – Blackrock Fundamental (mutual fund) | | | K | T | | | | | |
| 75. – Eaton Vance Lg. Cap Value ( mutual fund) | | | K | T | | | | | |
| 76. First Am. Mid Cap Growth – (mutual fund) | | | J | T | | | | | |
| 77. First Am. Mid Cap Value – (mutual fund) | | | J | T | | | | | |
| 78. First Am. R.E. Sec. Fund – (mutual fund) | | | J | T | | | | | |
| 79. First Am. Small Cap Select – (mutual fund) | | | J | t | | | | | |
| 80. Ipath Dow Jones AIG – (mutual fund) | | | J | T | | | | | |
| 81. – Ishares Msci Emerging Mkts Index (mutual fund) | | | J | T | | | | | |
| 82. – Lardus Int'l Marketmasters ( Mutual fund) | | | K | T | | | | | |
| 83. – Lardus Rosen Int'l | | | J | T | | | | | |
| 84. – T. Rowe Price Int'l Growth (M. Fund) | | | K | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |